IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHNNY LEE JORDAN, JR.,

    Plaintiff,

v.                                CASE NO. 4:18cv149-RH-MAF

SERGEANT KAREN FEWELL,

    Defendant.

_____/


**ORDER GRANTING SUMMARY JUDGMENT IN PART**


    This case is before the court on the magistrate judge's report and recommendation, ECF No. 92, and the objections, ECF No. 94. I have reviewed de novo the issues raised by the objections. All of the report and recommendation except footnote 3 is adopted as the court's opinion.

    IT IS ORDERED:

    1. The report and recommendation is accepted.

    2. The defendant's summary-judgment motion, ECF No. 80, is granted in part and denied in part.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on August 29, 2020.

s/Robert L. Hinkle  
United States District Judge